IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

ONAJE CURTIS,
　　Plaintiff,

v.                                                         Civil No. 3:20cv991 (DJN)

UNKNOWN,
　　Defendant.

## MEMORANDUM OPINION

By Memorandum Order entered on January 22, 2021, the Court conditionally docketed Plaintiff's action. (ECF No. 1.) At that time, the Court directed Plaintiff to affirm his intention to pay the full filing fee by signing and returning a consent to collection of fees form. The Court warned Plaintiff that a failure to comply with the above directive within thirty (30) days of the date of entry thereof would result in summary dismissal of the action.

Plaintiff has not complied with the Court's order to return a consent to collection of fees form. As a result, he does not qualify for *in forma pauperis* status. Furthermore, he has not paid the statutory filing fee for the instant action required by 28 U.S.C. § 1914(a). Plaintiff's conduct demonstrates a willful failure to prosecute under Federal Rule Civil Procedure 41(b). Accordingly, this action will be DISMISSED WITHOUT PREJUDICE.

Let the Clerk file a copy of this Memorandum Opinion electronically and send a copy to Plaintiff.

An appropriate Order shall issue.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　　David J. Novak
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Richmond, Virginia
Dated: June 16, 2021